IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00390-D

| UNITED STATES OF AMERICA | : |
|---|---|
| | : |
| v. | : |
| | : |
| KASHON STACY CUNNINGHAM | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant on April 29, 2021 to a violation of 18 U.S.C. §§ 922(g) and 924, and pursuant to all other evidence of record, and consistent with the oral order of forfeiture pronounced by the Court during the defendant's sentencing on July 22, 2021, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

a) Springfield / HS Produkt (IM Metal) Model XDE 9mm pistol, serial number HE929358, and

b) Any and all ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED, and DECREED:

1. That based upon the defendant's guilty plea as to above-referenced firearm offense, and all other evidence of record, the United States is hereby

1

authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant as of the date of sentencing.

2. That upon issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 28 day of July, 2021.

_____
JAMES C. DEVER III
United States District Judge

2